```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                     -v-                                     :
                                                             :
                                                             :
    CHRISTOPHER SANTOS, et al.,                              :
                                                             :
                                            Defendants.     :
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/1/2023 |

1:22-cr-522-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on February 3, 2023 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. All parties are required to be present at the proceeding.

SO ORDERED.

Dated: February 1, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge