USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:22-cr-522 |
| | : | |
| v. | : | ORDER APPOINTING JULIE DE ALMEIDA AS COORDINATING DISCOVERY ATTORNEY |
| CHRISTOPHER SANTOS, a/k/a/ Casper," ALEXANDER FRANCISCO, a/k/a "Javy," ARISTIDES RAMIREZ, a/k/a "AR," DAVID GLOVER, ALVIN EUSEBIO, a/k/a "Goo," ALEX GARCIA, a/k/a "AG," ANEUDY ALVARADO, a/k/a "Smiley," EDWARD RODRIGUEZ, JERIEL ABREU, a/k/a "Jerry Gunz," RAY EDUARDO, LAZARETH PAULINO, a/k/a "Laz," JONATHAN RODRIGUEZ, a/k/a "JR," JAWAN MILLS, a/k/a "JD," JOAN MERCEDES, a/k/a "Saul," EDDY CAMINERO, a/k/a "Malibu," ENMANUEL LIRIANO, a/k/a "Chubster," a/k/a "Eman," and  Defendants. | : : : : : : : : | |

It is hereby **ORDERED** that Julie de Almeida is appointed as Coordinating Discovery Attorney for court-appointed defense counsel.

1

The Coordinating Discovery Attorney shall oversee any discovery issues that are common to all the defendants.  Her responsibilities will include:

- Managing and, unless otherwise agreed upon with the Government, distributing global discovery produced by the Government and relevant third-party information common to all defendants;

- Assessing the amount and type of case data to determine what types of technology should be evaluated and used so that duplicative costs are avoided, and the most efficient and cost-effective methods are identified;

- Acting as a liaison with federal prosecutors to ensure the timely and effective exchange of global discovery;

- Identifying, evaluating, and engaging third-party vendors and other litigation support services;

- Assessing and further identifying any additional vendor support that may be required—including copying, scanning, forensic imaging, data processing, data hosting, trial presentation, and other technology depending on the nature of the case;

- Identifying any additional human resources that may be needed by the individual parties for the organization and substantive review of information; and

- Providing technological training and support services to the defense teams as a group and individually.

Therefore, the Coordinating Discovery Attorney shall assess the most effective and cost-efficient manner to organize the global discovery with input from defense counsel.

Discovery issues specific to any particular defendant shall be addressed by defense counsel directly with the Government and not through the Coordinating Discovery Attorney. The Coordinating Discovery Attorney's duties do not include providing additional representation services and therefore will not be establishing an attorney-client relationship with any of the defendants through her service in this capacity.

The Government shall provide global discovery to the Coordinating Discovery Attorney unless otherwise agreed.  To avoid delay in providing global discovery to defense counsel, any

additional global discovery not already produced shall be provided directly to the Coordinating Discovery Attorney, who shall duplicate and distribute the global discovery to all defense counsel unless that lawyer elects not to obtain that discovery.  The Government shall work with the Coordinating Discovery Attorney to provide global discovery in a timely manner.

The Coordinating Discovery Attorney may petition this Court, *ex parte*, for funds for outside services and shall monitor all vendor invoices for these services including confirming the work was previously agreed to be performed.  The Court understands, however, that her time and the time spent by her staff will be paid by the Administrative Office of the U.S. Courts, Defender Services Office.  All petitions for such outside services must be made before any costs associated with them are incurred and shall include a detailed statement explaining the need for such services and shall provide sufficient information to permit the Court to evaluate whether the costs of the services are reasonable.

DATED this 24th day of February 2023.

_____
Honorable Gregory H. Woods
U.S. District Judge