```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

    v.

ALEXANDER FRANCISCO,
  a/k/a "Javy,"
ARISTIDES RAMIREZ,
  a/k/a "AR,"
DAVID GLOVER,
ALVIN EUSEBIO,
  a/k/a "Goo,"
ALEX GARCIA,
  a/k/a "AG,"
ANEUDY ALVARADO,
  a/k/a "Smiley,"
EDWARD RODRIGUEZ,
JERIEL ABREU,
  a/k/a "Jerry Gunz,"
RAY EDUARDO,
LAZARETH PAULINO,
  a/k/a "Laz,"
JONATHAN RODRIGUEZ,
  a/k/a "JR,"
JAWAN MILLS,
  a/k/a "JD,"
JOAN MERCEDES,
  a/k/a "Saul,"
EDDY CAMINERO,
  a/k/a "Malibu,"
ENMANUEL LIRIANO,
  a/k/a "Chubster,"
  a/k/a "Eman," and
CHRISTOPHER SANTOS,
        a/k/a "Casper,"

      *Defendants*.

22 Cr. 522 (GHW)

**ORDER**

GREGORY H. WOODS, United States District Judge:

      Upon the application of the United States of America, by and through Damian Williams, United States Attorney for the Southern District of New York, Andrew Jones and Ashley Carolyn

1

Nicolas, Assistant United States Attorneys, and with the consent of all defendants, by and through their counsel, it is hereby

ORDERED that the pretrial conference in this case is continued from June 21, 2023 to September 6, 2023 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendants and their counsel to receive and review discovery and failure to grant the continuance would deny the reasonable time necessary for effective preparation. Accordingly, it is further

ORDERED that the time from the date of this order through September 6, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  June 16, 2023
New York, New York

GREGORY H. WOODS
United States District Judge