```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

               -v-                                1:22-cr-522-GHW

    CHRISTOPHER SANTOS,                    ORDER
    ALEXANDER FRANCISCO,
    ARISTIDES RAMIREZ,
    DAVID GLOVER,
    ALVIN EUSEBIO,
    ALEX GARCIA,
    ANEUDY ALVARADO,
    EDWARD RODRIGUEZ,
    JERIEL ABREU,
    RAY EDUARDO,
    LAZARETH PAULINO,
    JONATHAN RODRIGUEZ,
    JAWAN MILLS,
    JOAN MERCEDES,
    EDDY CAMINERO,
    EMMANUEL LIRIANO,
    TEAMO EBRON,
    ERIC EUSEBIO,
    OSIRIS SUAREZ, and
    CHRISTOPHER ESPINAL

                             Defendants.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The status conference currently scheduled in this matter for December 12, 2023, is rescheduled to December 7, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: November 9, 2023

                                                         GREGORY H. WOODS
                                                 United States District Judge