USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHRISTOPHER SANTOS,
 a/k/a "Casper,"
ALEXANDER FRANCISCO,
 a/k/a "Javy,"
ARISTIDES RAMIREZ,
 a/k/a "AR,"
DAVID GLOVER,
ALVIN EUSEBIO,
 a/k/a "Goo,"
ALEX GARCIA,
 a/k/a "AG,"
ANEUDY ALVARADO,
 a/k/a "Smiley,"
EDWARD RODRIGUEZ,
JERIEL ABREU,
 a/k/a "Jerry Gunz,"
RAY EDUARDO,
LAZARETH PAULINO,
 a/k/a "Laz,"
JONATHAN RODRIGUEZ,
 a/k/a "JR,"
JAWAN MILLS,
 a/k/a "JD,"
JOAN MERCEDES,
 a/k/a "Saul,"
EDDY CAMINERO,
 a/k/a "Malibu,"
ENMANUEL LIRIANO,
 a/k/a "Chubster,"
 a/k/a "Eman,"
TEAMO EBRON,
ERIC EUSEBIO,
 a/k/a "Ferrari,"
OSIRIS SUAREZ, and
CHRISTOPHER ESPINAL

                        *Defendants.*

1:22-cr-522-GHW

ORDER

1

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Andrew Jones and Ashley Carolyn Nicolas, Assistant United States Attorneys, and with the consent of all defendants, by and through their respective attorneys, it is hereby ORDERED that the status conference scheduled in this matter for December 7, 2023 is adjourned to February 6, 2024 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to continue discussions regarding pretrial resolutions of this matter. Accordingly, it is further ORDERED that the time from the date of this order through February 6, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 171.

SO ORDERED.

Dated: November 30, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge