USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER SANTOS,<br>  a/k/a "Casper,"<br>ALEXANDER FRANCISCO,<br>  a/k/a "Javy,"<br>ARISTIDES RAMIREZ,<br>  a/k/a "AR,"<br>DAVID GLOVER,<br>ALVIN EUSEBIO,<br>  a/k/a "Goo,"<br>ALEX GARCIA,<br>  a/k/a "AG,"<br>ANEUDY ALVARADO,<br>  a/k/a "Smiley,"<br>EDWARD RODRIGUEZ,<br>JERIEL ABREU,<br>  a/k/a "Jerry Gunz,"<br>RAY EDUARDO,<br>LAZARETH PAULINO,<br>  a/k/a "Laz,"<br>JONATHAN RODRIGUEZ,<br>  a/k/a "JR,"<br>JAWAN MILLS,<br>  a/k/a "JD,"<br>JOAN MERCEDES,<br>  a/k/a "Saul,"<br>EDDY CAMINERO,<br>  a/k/a "Malibu,"<br>ENMANUEL LIRIANO,<br>  a/k/a "Chubster,"<br>  a/k/a "Eman,"<br>TEAMO EBRON,<br>ERIC EUSEBIO,<br>  a/k/a "Ferrari,"<br>OSIRIS SUAREZ, and<br>CHRISTOPHER ESPINAL<br><br>                         *Defendants.* | 1:22-cr-522-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the status conference scheduled in this matter for June 5, 2024 at 11:00 a.m. is rescheduled to May 24, 2024 at 11:00 a.m.  The parties are directed to appear at that date and time in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:  May 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge