**MEMORANDUM ENDORSED**

**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718)  488-1900
TELECOPIER:  (718)  488-1927
EMAIL:LAZZAROLAW@AOL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2024
```

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

May 22, 2024

**Sent via ECF**
Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **Request to Allow Stand in Counsel**
      **_United States v. Alexander Fransico_: 1:22-cr-00522-GHW**

Dear Judge Woods:

   As you are aware, this firm represents Mr. Alexander Francisco with regards to the above-referenced matter. At this time, I would like to request that Mr. Patrick Brackley, counsel for Mr. Aristides Ramirez, be allowed to stand in for me during the conference scheduled for May 24, 2024, at 11:00AM. I will be out of town from May 23rd to June 2nd and will be unable to appear on this matter. My client has consented to Mr. Brackley appearing on his behalf. Thank you for your attention herein.

Very Truly Yours,

BY: _____
LANCE LAZZARO

Application granted. Mr. Brackley may stand in for Mr. Lazzaro at the conference on May 24, 2024.  The Court requests that Mr. Lazzaro inform Mr. Brackley of his schedule to inform any discussion of the case schedule.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 336.

SO ORDERED.

_____
GREGORY H. WOODS
United States District Judge

Dated: May 23, 2024
New York, New York