```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
     UNITED STATES,                                            :
                                                               :
                                                               :
                                                               :
                      -v-                                      :      1:22-cr-522-GHW
                                                               :
                                                               :
     ALVIN EUSEBIO, ALEXANDER                                  :           ORDER
     FRANCISCO, et al.                                         :
                                                               :
                            Defendants.                        :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2024

GREGORY H. WOODS, United States District Judge:

In its May 24, 2024 order scheduling the trial in this matter, the Court established a date for any hearing with respect to any defense motions necessitating a hearing. Dkt. No. 346. That date is September 6, 2024 at 1:00 p.m. The Court has reviewed the parties' submissions in connection with Defendant Alvin Eusebio's motion to suppress evidence, Dkt. No. 387, and has determined that an evidentiary hearing with respect to that motion is necessary. The Court has also reviewed the parties' submissions in connection with Defendant Alexander Francisco's motion to suppress evidence, Dkt. No. 392, and does not anticipate that an evidentiary hearing with respect to that motion will be necessary.[1] However, the Court may provide the parties the opportunity for oral argument with respect to that motion.

Accordingly, the Court requests that counsel for the United States and counsel for Mr. Eusebio meet and confer regarding the anticipated duration of an evidentiary hearing with respect to Mr. Eusebio's motion. The Court requests that those parties submit a joint letter to the Court with

---

[1] The Court notes that Defendant Francisco has not filed a timely reply to the Government's opposition brief. The Court has not extended the deadline for that submission, has not received a request to extend that deadline, and therefore considers the motion to be fully submitted.

the estimated duration of the hearing to the Court no later than August 21, 2024. The letter should also propose a schedule for submission of any appropriate documentary materials to the Court and each of the parties in advance of the hearing.

In the event that the evidentiary hearing is anticipated to last more than three and a half hours, the Court expects to reschedule it to begin earlier during the day on September 9, 2024, or to reschedule it for another date. The Court will establish a modified schedule for the hearing with respect to Mr. Eusebio's motion after it receives that letter. The Court may also establish an alternative date for the parties to appear for oral argument with respect to Mr. Francisco's motion.

SO ORDERED.

Dated: August 17, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge