```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
               -against-                     :
                                             :
    ALEXANDER FRANCISCO,                     :       1:22-cr-522-GHW-2
                                             :
                       Defendant.            :       ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2024

GREGORY H. WOODS, United States District Judge:

The Court will hold a conference to discuss the motion to suppress filed by Defendant Alexander Francisco, Dkt. No. 392, on Friday, August 30, 2024 at 12:30 p.m. The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Francisco and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge