UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                    -against-                 :

CHRISTOPHER SANTOS, *et al.*                  :          1:22-cr-522-GHW

                         Defendants.          :          <u>ORDER</u>
----------------------------------------------------------X

<table>
<tr><td>USDC SDNY</td></tr>
<tr><td>DOCUMENT</td></tr>
<tr><td>ELECTRONICALLY FILED</td></tr>
<tr><td>DOC #: _____</td></tr>
<tr><td>DATE FILED: 8/30/2024</td></tr>
</table>

GREGORY H. WOODS, United States District Judge:

On August 28, 2024, the Court issued an order extending the deadlines for the submission of pretrial materials. Dkt. No. 458. That order contained a typographical error. The deadline for oppositions to any motion *in limine* is October 4, 2024, not September 4, 2024.

SO ORDERED.

Dated: August 30, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge