LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE:  (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL:LAZZAROLAW@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/2024

* ADMITTED IN NY & NJ

# MEMORANDUM ENDORSED

August 30, 2024

<u>Sent via ECF</u>
Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:    **Adjournment Request**
               <u>*United States v. Alexander Fransico*</u>: **1:22-cr-00522-GHW**

Dear Judge Woods:

      As you are aware, this firm represents Mr. Alexander Francisco with regards to the above-referenced matter. At this time, I would like to request a brief adjournment of the status conference scheduled for August 30th, 2024 at 12:30PM to September 6th, 2024.

      The reason for our request is that I am experiencing severe pain in my left foot area from a gout attack and am having difficulty walking on it. Our office has been in contact with AUSA Andrew Jones but we have not received a response. Thank you for your attention and consideration herein.

  CC: AUSA Ashley Nicolas,
      AUSA Andrew Jones, and
      AUSA Jeffrey Coyle *via* ECF

Very Truly Yours,

BY: _____
LANCE LAZZARO

---

Application granted in part. The conference to discuss the motion to suppress filed by Defendant Alexander Francisco scheduled for August 30, 2024 is adjourned to September 4, 2024 at 1:00 p.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 464.

SO ORDERED.
Dated: August 30, 2024
New York, NY

GREGORY H. WOODS
United States District Judge