UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

                 -against-

   ALEXANDER FRANCISCO,

                        Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2024

1:22-cr-522-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

     For the reasons stated during the conference held on September 4, 2024, Defendant Alexander Francisco's motion to suppress, Dkt. Nos. 392, 411, is denied.

     The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 392, 411.

     SO ORDERED.

Dated: September 4, 2024
New York, New York

                                                    GREGORY H. WOODS
                                                  United States District Judge