USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

    - against -

ALEXANDER FRANCISCO,
    a/k/a "Javy,"
ARISTIDES RAMIREZ,
    a/k/a "AR," and
ALVIN EUSEBIO
    a/k/a "Goo,"
                      Defendants
-----------------------------------------------------------X

**ORDER**

No. 22-CR-522 (GHW)

Upon the application of Lance Lazzaro, attorney for Defendant Alexander Francisco:

IT IS HEREBY ORDERED THAT, the defendant Alexander Francisco, Inmate # 41390-510, will be permitted to receive non-prison clothing at the Metropolitan Detention Center to wear for his trial scheduled to begin on November 4, 2024. He is permitted to have up to three pairs of pants, two blazers, four pairs of socks, four shirts, two ties, one belt, one pair of shoes and one sweater to wear to Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 563.

Dated: October 29, 2024

ENTER,

_____
The Honorable Gregory H. Woods
United States District Judge