```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                          :
                                                   :
                -v-                                :
                                                   :
ALEXANDER FRANCISCO,                               :       1:22-cr-522-GHW
    a/k/a "Javy,"                                  :
ARISTIDES RAMIREZ,                                 :       ORDER
    a/k/a "AR," and                                :
ALVIN EUSEBIO,                                     :
    a/k/a "Goo,"                                   :
                                                   :
                           Defendants.             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2024

GREGORY H. WOODS, United States District Judge:

The parties are directed to provide final comments, if any, on the October 30, 2024 drafts of the *voir dire* questions and case description. Having not received any comments on the law description, the Court understands that there are none.

Counsel may provide feedback by letter no later than October 31, 2024 at 5:00 p.m. If the Court does not receive objections by that date, the Court will understand that there are none.

SO ORDERED.

Dated: October 31, 2024
       New York, New York

                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge