```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
            -against-                        :
                                             :
    ALEXANDER FRANCISCO,                     :        1:22-cr-522-GHW-2
                                             :
                        Defendant.           :        ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2024

GREGORY H. WOODS, United States District Judge:

The sentencing hearing currently scheduled for February 18, 2025 at 12:00 p.m. is rescheduled. The hearing will take place on February 25, 2024 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due February 11, 2025. The Government's sentencing submissions are due February 18, 2025. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: November 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge