**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL:LAZZAROLAW@AOL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2024

\* ADMITTED IN NY & NJ

LANCE LAZZARO
RANDALL LAZZARO *
_____
JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

# MEMORANDUM ENDORSED

December 23, 2024

**Sent via ECF**
Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  **Adjournment Request**
     ***United States v. Alexander Fransico*: 1:22-cr-00522-GHW**

Dear Judge Woods:

     As you are aware, this firm represents Mr. Alexander Francisco with regards to the above-referenced matter, which is currently set for sentencing on February 25th, 2025, before your honor. At this time, I would like to request a 30-day adjournment of Mr. Francisco's sentencing. The reason for this request is that we have been delayed in scheduling the presentence interview. Currently, the presentence interview is scheduled for January 17, 2025, so we expect that additional time will be needed for sentencing submissions. Our office has been in contact with AUSA Ashley Nicolas and she consents to this request. Thank you for your attention and consideration herein.

CC: AUSA Ashley Nicolas,
AUSA Benjamin Burkett,
AUSA Andrew Jones, and
AUSA Jeffrey Coyle *via* ECF

Very Truly Yours,

BY: _____
LANCE LAZZARO

Application granted.  The sentencing hearing previously scheduled for February 25, 2025 at 12:00 p.m. is adjourned to March 27, 2025 at 12:00 p.m.  The defendant's sentencing submissions are due no later than March 13, 2025; the Government's sentencing submissions are due no later than March 20, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 652.
SO ORDERED.
Dated:  December 23, 2024

_____
GREGORY H. WOODS
United States District Judge