UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

UNITED STATES OF AMERICA,                     :

                                              :

        -against-                             :

                                              :

ALEXANDER FRANCISCO,                          :          1:22-cr-522-GHW-2

                                              :

                        Defendant.            :          <u>ORDER</u>

---------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____         │
│ DATE FILED: 1/16/2025                │
└─────────────────────────────────────┘
```

GREGORY H. WOODS, United States District Judge:

        The sentencing hearing currently scheduled for March 27, 2025 at 12:00 p.m. is rescheduled.

The hearing will take place on May 27, 2025 at 12:00 p.m. in Courtroom 12C, Daniel Patrick

Moynihan United States Courthouse, New York, New York 10007.  The defendant's sentencing

submissions are due May 13, 2025.  The Government's sentencing submissions are due May 20,

2025.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered

by the Court.

        The Clerk of Court is directed to terminate the motion pending at Dkt. 689.

        SO ORDERED.

Dated:  January 16, 2025
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge